IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC MINIMED, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANIMAS CORPORATION,<br><br>　　　　Defendant.<br>　/<br>LIFESCAN, INC.,<br><br>　　　　Respondent.<br>　/ | No. C 13-80294 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL (DKT. NO. 5)** |

　　　On December 26, plaintiffs filed an administrative motion to seal portions of their motion to compel production and testimony in response to plaintiffs' subpoena to non-party Lifescan, Inc. On December 30, counsel for defendant Animas Corporation and non-party Lifescan filed a declaration in support of sealing exhibits 7, 12, and 13. The request to seal portions of plaintiffs' motion to compel is **DENIED**. The request to seal exhibits 6, 9, 10, and 14 is **DENIED**. The request to seal exhibits 7, 12, and 13 is **GRANTED**.

　　　**IT IS SO ORDERED.**

Dated: January 3, 2014.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE