IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC MINIMED, INC., et al.,

    Plaintiffs,

  v.

ANIMAS CORPORATION,

    Defendant.
                             /

LIFESCAN, INC.,

    Respondent.
                             /

No. C 13-80294 WHA

**ORDER RE EXTENSION OF TIME FOR LIFESCAN, INC. TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

      In this miscellaneous action, on January 7, plaintiffs and non-party Lifescan, Inc. filed a proposal to extend the briefing schedule so that the opposition to plaintiffs' motion to compel would be due January 16 (as opposed to January 9) and the reply would be due January 24 (as opposed to January 16).

      Plaintiffs' motion to compel was filed on December 26. No hearing date was noticed. A sealing motion was filed the same day. On December 30, counsel for LifeScan, Inc. (also counsel for defendant Animas Corporation) filed a supporting declaration. A January 3 order resolved the sealing motion.

      In the underlying patent infringement action, on December 23, Judge Ronald Lew extended the deadlines for specific depositions to December and January, but maintained the December 18, 2013, fact-discovery cutoff. Currently, the expert discovery cutoff is April 4 and

trial by jury begins July 15.  The parties have a pending proposal to extend the expert discovery cutoff to May 9 and trial date to August 12.

Good cause has not been shown to grant the entirety of the proposed extension.  The following briefing schedule is hereby ordered:  the opposition is due **JANUARY 15 AT NOON** and the reply is due **JANUARY 22 AT NOON**.  With this extension, the parties are encouraged to resolve their discovery dispute, if possible.

**IT IS SO ORDERED.**

Dated:   January 8, 2014.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2