IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC MINIMED, INC., et al.,

    Plaintiffs,

  v.

ANIMAS CORPORATION,

    Defendant.

                               /

LIFESCAN, INC.,

    Non-party.

                               /

No. C 13-80294 WHA

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL (DKT. NO. 17)**

      On January 15, LifeScan filed an administrative motion to seal certain exhibits appended to their opposition to plaintiffs' motion to compel production and testimony. The request to seal exhibits H, I, and J is **GRANTED**. The request to seal exhibit F is **GRANTED IN PART AND DENIED IN PART**. By **NOON ON JANUARY 31**, LifeScan shall file a public version of exhibit F with only the following narrowly-tailored lines redacted: page 10, lines 16–23 and page 14, line 9 to page 16, line 17. The remainder of exhibit F shall not be sealed.

      **IT IS SO ORDERED.**

Dated: January 27, 2014.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE