IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC MINIMED, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANIMAS CORPORATION, <br><br> Defendant. <br> ———————————————————/ <br> LIFESCAN, INC., <br><br> Non-party. <br> ———————————————————/ | No. C 13-80294 WHA <br><br><br><br><br> **ORDER GRANTING MOTION TO SEAL (DKT. NO. 20)** |

On January 22, plaintiffs filed an administrative motion to seal proposed redactions in their reply brief and exhibits 18 and 20 (Dkt. No. 20). On January 27, LifeScan filed a supporting declaration. The request to seal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE